UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
PRGRESSIVE CASUALTY INSURANCE :
COMPANY, :
:
Plaintiff, :   **ORDER**
:
-against- :   18 Civ. 7923 (AKH)
:
:
FEATHERSTONE FOODS INC., D.J. :
SANTIAGO-RODRIGUZ, SACKO DELIVERY & :
TRUCKING INC., MARGARET L. HERZOG, and :
BRIAN ROHMAN, :
:
Defendants. :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       In my order dated March 24, 2021 I scheduled a bench trial in the above captioned matter to begin February 7, 2022. Although that date currently remains available, there is no certainty that trial will proceed at that time due to the priority of other cases pending in this district, and trial could be rescheduled for a later date. My obligation to try a criminal case beginning on November 3, 2021 has been relieved.

       Accordingly, unless hardship is shown, the above-captioned matter will be tried before me, without a jury, beginning November 3, 2021 at 10:00 a.m. at 500 Pearl St., Courtroom 14D, New York, New York 10007. The final pretrial conference will be held on October 26, 2021 at 2:15 p.m. at 500 Pearl St., Courtroom 14D, New York, New York 10007.

       SO ORDERED.

Dated:    October 15, 2021             __/s/ Alvin K. Hellerstein____
           New York, New York        ALVIN K. HELLERSTEIN
                                                   United States District Judge