UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                               :

PRGRESSIVE CASUALTY INSURANCE
COMPANY,

                       Plaintiff,                **ORDER**

   -against-                                    18 Civ. 7923 (AKH)

FEATHERSTONE FOODS INC., D.J.
SANTIAGO-RODRIGUZ, SACKO DELIVERY &
TRUCKING INC., MARGARET L. HERZOG, and
BRIAN ROHMAN,

                           Defendants.
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        My order dated October 15, 2021 (ECF No. 89) is hereby vacated.

        The final pretrial conference and trial in this matter will proceed, as scheduled previously, on February 3, 2022, at 2:30 p.m., and February 7, 2022, at 10:00 a.m., respectively. Both the final pretrial conference and trial will take place at 500 Pearl St., Courtroom 14D, New York, New York 10007.  Trial will be before a jury and will be subject to courtroom availability.

        SO ORDERED.

Dated:    October 19, 2021                    __/s/ Alvin K. Hellerstein___
            New York, New York              ALVIN K. HELLERSTEIN
                                                               United States District Judge