UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
:
PRGRESSIVE CASUALTY INSURANCE :
COMPANY, :
:
:
Plaintiff, :    **ORDER**
:
-against- :
:    18 Civ. 7923 (AKH)
FEATHERSTONE FOODS INC., D.J. :
SANTIAGO-RODRIGUZ, SACKO DELIVERY & :
TRUCKING INC., MARGARET L. HERZOG, and :
BRIAN ROHMAN, :
:
Defendants. :
:
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Via email, several of the parties have requested to adjourn trial due to the prevalence of COVID-19 and the status of related proceedings in Bronx County. The applications to adjourn trial are denied. Trial slots are scarce, and this case has been selected to fill one. Adjourning at this late date will compromise the Court's schedules and prejudice other cases waiting for trial. The Court has taken every precaution to avoid spread of COVID-19, and trials and juries have functioned without mishap. The status of proceedings in the Bronx, even those related to the above-captioned case, does not affect the need to resolve the present dispute.

      The Final Pre-Trial conference will be held as scheduled, February 3, 2022 at 2:30 pm. A jury will be selected beginning at 10:00 am, February 10, 2022, with trial to follow.

      The request to refer to a magistrate judge for settlement conferences is denied. The time to make such requests has long passed.

      SO ORDERED.

Dated:    January 28, 2022           __/s/ Alvin K. Hellerstein____
           New York, New York        ALVIN K. HELLERSTEIN
                                                                     United States District Judge