UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
:
:
PRGRESSIVE CASUALTY INSURANCE :
COMPANY, :
:
                  Plaintiff, :    **ORDER IMPOSING JURY**
:    **COSTS**
  -against- :
:    18 Civ. 7923 (AKH)
FEATHERSTONE FOODS INC., D.J. :
SANTIAGO-RODRIGUZ, SACKO DELIVERY & :
TRUCKING INC., MARGARET L. HERZOG, and :
BRIAN ROHMAN, :
:
                  Defendants. :
:
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The above-captioned was scheduled to begin trial on February 10, 2022, with jury selection commencing at 10:00 a.m. Shortly before beginning jury selection, the parties reached a settlement agreement, which I approved on the record. *See* Conf. Tr., ECF No. 119.

        Due to the late hour of the settlement on the eve of trial, and in accordance with Local Civil Rule 47.1, I ordered Plaintiff to pay the costs associated with summoning the prospective jurors, which I calculated at $2,500. Plaintiff shall make such payment within thirty days of this order, made payable by check to the Office of the Clerk.

        SO ORDERED.

Dated:    February 17, 2022
             New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge