UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PROGRESSIVE CASUALTY INSURANCE COMPANY, : Docket No. 18-cv-07923 (AKH)

                Plaintiff,                      :

  -against-                                      :

FEATHERSTONE FOODS INC.,                   :        **ORDER OF DISMISSAL**
D. J. SANTIAGO-RODRIGUZ,
SACKO DELIVERY & TRUCKING INC.,          :
MARGARET L. HERZOG, and
BRIAN ROHMAN,                                :

                Defendants.        :
-------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, Chief United States District Judge:

      The Court, having been advised that all claims asserted herein have been settled, as set forth in full on the record on February 10, 2022, *see* Conf. Tr., ECF No. 119, it is:

      ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs.

      ORDERED that the Clerk shall terminate all open motions and mark the case closed.

SIGNED THIS 23 DAY OF February, 2022.

                                                        So Ordered:

                                                        Alvin K. Hellerstein
                                                        UNITED STATES DISTRICT JUDGE

1